IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CAROBINE v. CITY OF PHILADELPHIA, et al. | : | 2:11-cv-4471-WB |
| TIEN v. CITY OF PHILADELPHIA, et al. | : | 2:13-cv-705-TJS |
| SARSON v. CITY OF PHILADELPHIA, et al. | : | 2:13-cv-4357-GAM |
| GILLIAM v. CITY OF PHILADELPHIA, et al. | : | 2:13-cv-5128-GAM |
| JEFFERSON v. CITY OF PHILADELPHIA, et al. | : | 2:14-cv-2238-PD |
| MILLS v. CITY OF PHILAELPHIA, et al. | : | 2:14-cv-593-CFK |
| MURRAY v. CITY OF PHILADELPHIA, et al. | : | 2:14-cv-5934-NIQA |
| DELVILA et al. v. LICIARDELLO, et al. | : | 2:15-cv-2521-NIQA |
| COLON v. PHILADELPHIA POLICE DEPARTMENT, et al. | : | 2:15-cv-3669-JMY |
| WARLOW v. CITY OF PHILADELPHIA, et al. | : | 2:15-cv-4222-PD |
| SUMMERS v. CITY OF PHILADELPHIA, et al. | : | 2:15-cv-4224-JFM |
| CASCIOLI, et al. v. CITY OF PHILADELPHIA, et al. | : | 2:15-cv-5957-JMY |
| HILL, et al. v. REYNOLDS, et al. | : | 2:15-cv-6060-JHS |
| AUTRY v. CITY OF PHILADELPHIA, et al. | : | 2:15-cv-6565-JFM |
| BRAME v. REYNOLDS, et al. | : | 2:16-cv-1031-NIQA |
| GRAVES v. CITY OF PHILADELPHIA, et al. | : | 2:16-cv-5133-NIQA |

| | | |
|---|---|---|
| PHILLIPS v. CITY OF PHILADELPHIA, et al. | : : : | 2:16-cv-609-MMB |
| LOMAX v. SPEISER, et al. | : : | 2:16-cv-6367-JHS |
| NOVALEZ v. REYNOLDS, et al. | : : | 2:17-cv-1128-CFK |
| STREEPER v. CITY OF PHILADELPHIA | : : | 2:17-cv-787-MMB |
| MCGHEE, et al. v. CITY OF PHILADELPHIA, et al. | : : : | 2:17-cv-832-MMB |
| KANG v. CITY OF PHILADELPHIA, et al. | : : : | 2:18-cv-1418-TJS |
| MILLER v. CITY OF PHILADELPHIA, et al. | : : : | 2:18-cv-1443-GJP |
| MCCONNELL v. CITY OF PHILADELPHIA, et al. | : : : | 2:18-cv-2557-GAM |
| GORDON v. LICIARDELLO, et al. | : : | 2:19-cv-3761-GJP |
| SAMPLE v. CITY OF PHILADELPHIA, et al. | : : : | 2:19-cv-51-GJP |
| SHARPE, et al. v. SPICER, et al. | : : | 2:19-cv-983-MMB |
| HARRIS v. CITY OF PHILADELPHIA, et al. | : : : | 2:20-cv-1350-TJS |
| BROWN v. WALKER, et al. | : : | 2:20-cv-2681-PD |
| RAMOS v. CITY OF PHILADELPHIA, et al. | : : : | 2:21-cv-4255-HB |
| PERCHA v. SPICER, et al. | : : | 2:21-cv-5011-JFL |
| MCCROREY v. CITY OF PHILADELPHIA, et al. | : : : | 2:22-cv-2360-HB |
| COBB v. CITY OF PHILADELPHIA, et al. | : : | 2:22-cv-74-JS |
| DILLARD v. CITY OF PHILADELPHIA, et al. | : : : | 2:22-cv-941-CFK |

**<u>ORDER</u>**

AND NOW, this 1st day of February, 2024, upon consideration of the City of Philadelphia's January 5, 2024 letter request that the above-referenced cases be consolidated for coordinated discovery and the responses in opposition thereto, and after consultation with the assigned judges, it is hereby ORDERED the request is DENIED.

BY THE COURT:

   /s/ Juan R. Sánchez
Juan R. Sánchez, C.J.